SEPTEMBER 11, 1996

No. 96–86. WOODS v. SATURN DISTRIBUTION CORP. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1. ■■

No. A–183 (O. T. 1996). FELKER v. TURPIN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

SEPTEMBER 16, 1996

No. 95–939. IMMIGRATION AND NATURALIZATION SERVICE v. ELRAMLY. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1170.] Judgment vacated and case remanded for further consideration in light of the Antiterrorism and Effective Death Penalty Act of 1996.

SEPTEMBER 17, 1996

No. 96–5998 (A–205). IN RE STEWART. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

SEPTEMBER 19, 1996

No. A–110 (96–5496). HICKS v. UNITED STATES. C. A. 7th Cir. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.